JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

SANDRA PAOLA GALEANO ARIZA,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,

Respondents.

No. 5:26-cv-03025-BFM

**JUDGMENT**

On June 11, 2026, the Court issued an order granting the petition as to Claim One and ordered that Respondents be enjoined from continuing to detain Petitioner Sandra Paola Galeano Ariza (A# 246-652-240) unless she was provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the order. (ECF 10 at 3.) The Court directed Petitioner to file a status report no later than 7 days following the order indicating whether there was any reason not to enter judgment in the case, and cautioned the parties that the Court would enter judgment if it did not receive a status report. (ECF 10 at 3.) Petitioner has not filed a status report in the intervening time.

Pursuant to the Order Granting Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. The Court directs the Clerk of Court to close this case.

DATED: ___JUNE 26, 2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2